# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:11-CR-308-1H

**JOYONE FARMER**

On March 4, 2016, the above named was released from custody and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain  
Michael C. Brittain  
Supervising U.S. Probation Officer

/s/ Christopher S. Studley  
Christopher S. Studley  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1418  
Phone: 919-861-8669  
Executed on: August 1, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of August, 2019.

Malcolm J. Howard  
Senior U.S. District Judge